

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

TO: Honorable Richard J. Sullivan
U.S. Circuit Judge

FROM: Jovanna Calderon
U.S. Probation Officer Specialist

RE: Antoine Blount
Docket No. 12-CR-670 (RJS)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. **This matter is confidential and should be sealed and not docketed.** Please forward a copy of your response to our office at 500 Pearl Street, 6th floor, so that we may take appropriate action.

Respectfully submitted,

Jovanna Calderon
U.S. Probation Officer Specialist
Phone: 212-805-0071

Approved By:

Fred F. Pyne
Supervisory U.S. Probation Officer
Phone: 212-805-0030

DATE: June 21, 2019

Case: 19-mj-00175
Assigned To: Judge Deborah A. Robinson
Assign. Date : 6/25/2019
Description: Rule 5 Arrest



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REQUEST FOR WARRANT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) VIOLATION REPORT |
| vs. | ) Docket No.: 12-CR-670 (RJS) |
| Antoine Blount | ) Date of Sentence: May 9, 2013 |

Prepared For: Honorable Richard J. Sullivan
              U.S. Circuit Judge

Prepared By: Jovanna Calderon
             U.S. Probation Officer Specialist
             212-805-0071

Assistant U.S. Attorney
Edward B. Diskant
One St. Andrew's Plaza
New York, NY 10007
212-637-2294
edward.diskant@usdoj

Defense Counsel
Mark B. Gombiner, Esq.
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10013
212-417-8718
mark_gombiner@fd.org

| | |
|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. 2113(a) and (d), Class B Felony |
| Original Sentence: | Time Served (13 Months), Plus One Month and 16 Days, Five Year Term of Supervised Release |
| Special Conditions: | Mental Health Treatment, Medication Management, Release of Treatment Records, Search/Seizure, Restrictions |
| Violation #1 Offense: | Use of a Controlled Substance (Two Specifications), Failure to Participate in Mental Health Treatment (Two Specifications), Failure to Submit to Drug Testing |
| Violation #1 Sentence: | [January 25, 2016] Time Served, Six Month Term of Supervised Release (Remain in Custody Until Placement in Residential Reentry Center is Secured) |
| Violation #2 Offense: | Use of a Controlled Substance |
| Violation #2 Sentence: | [December 6, 2016] Time Served Plus Two Days, 42-Month Term of Supervised Release (Including Four Month Inpatient Stay) |
| Type of Supervision: | Supervised Release   Date Supervision Commenced: October 7, 2016 |
| | Date Supervision Expires: April 6, 2020 |
| Date: | June 20, 2019 |

Blount, Antoine                                          2                                          63777 - JC

**SUPERVISION ADJUSTMENT**

On May 9, 2013, Mr. Blount was sentenced before Your Honor to time served, plus one month and 16 days of imprisonment, followed by a five-year term of supervised release, after having pleaded guilty to Armed Bank Robbery, in violation of 18 U.S.C. 2113 (a) and (d), a Class C felony. In addition, the Court ordered the following special conditions of supervised release:

1. *The defendant shall participate in a mental health program approved by the Probation Office. Defendant shall continue to take any prescribed medication unless otherwise instructed by the health care provider. Defendant shall contribute to the costs of services rendered not covered by third-party payment, if Defendant has the ability to pay. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.*

2. *The defendant shall submit his person, residence, place of business, vehicle, or any other premises under defendant's control to a search on the basis that the Probation Officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must be conducted at a reasonable time and in a reasonable manner. Failure to submit to a search may be grounds for revocation. The defendant must inform any other residents that the premises may be subject to search pursuant to this condition.*

3. *In addition to the condition that the defendant shall not possess a firearm, ammunition, destructive device or any other dangerous weapon, Defendant shall not possess any object designed to resemble a weapon, including, but not limited to, "BB" guns or water guns.*

On October 7, 2016, Mr. Blount commenced his third term of supervised release. At the outset of supervision, the supervisee was referred to St. Mark's Place Institute for Mental Health (St. Mark's Place), where he currently participates in co-occurring treatment with medication monitoring.

Mr. Blount secured placement in supportive housing with EGA Hall located at 507 West 142nd Street, Apartment 3B, New York, NY. The residence has social workers on site and security guards 24 hours a day. This is the first time the supervisee has had an independent living arrangement. Mr. Blount remains unemployed and economically supported by SSI benefits.

The purpose of this report is to notify Your Honor of Mr. Blount's alleged noncompliant behavior since the last status update report submitted to the Court on May 20, 2019 and June 12, 2019 which reflected the supervisee's marijuana use and failure to comply with medication management plan.

On July 17, 2019, a case conference was held with Mr. Blount's therapist from St. Mark's Place, Gary Shrader, LCSW, who confirmed that the supervisee attended his therapy session and met with the staff psychiatrist for medication monitoring on June 14, 2019. The undersigned officer subsequently spoke with Myrian Prince, Supervisor of Social Workers at EGA Hall where Mr. Blount resides. Ms. Prince informed that although the supervisee's behavior had been "erratic" following his release from Harlem Hospital Center's psychiatric ward during the week of June 5, 2019, he was "quiet" over the weekend. In addition, Mr. Blount agreed to make himself available for a scheduled case conference at his residence with Ms. Prince and this officer on June 20, 2019. The purpose of this case conference was to encourage the supervisee to remain medication compliant.

Blount, Antoine                                3                                63777 - JC

On June 19, 2019, the undersigned officer received notification of Mr. Blount's arrest by agents with the United States Secret Service in Washington D.C. due to the supervisee having attempted to jump the security fence at the White House. Mr. Blount did not have permission from the Court or the U.S. Probation Office to travel outside the judicial district.

On June 20, 2019, a case conference was held at EGA Hall with Ms. Prince as scheduled. However, Mr. Blount was unavailable due to his recent arrest. When informed of the arrest, Ms. Prince stated that she last saw the supervisee at the facility on July 18, 2019, at approximately 2:00 PM. Ms. Prince explained that since Mr. Blount's monthly rent ($213.00) is paid for by public assistance, he will lose his room if benefits are discontinued. She noted that periods of incarceration typically result in such displacement. Ms. Prince and the undersigned officer explored viable interventions with a view toward stabilizing the supervisee's mental health condition and still allowing him to maintain his hard-earned residence. Upon Mr. Blount's return to the facility, a case conference will be expeditiously held with the supervisee, Ms. Prince, Gary Shrader from Saint Mark's Place, and a Mobile Crisis Team (MCT). An MCT is a mental health service operated by a hospital or community mental health agency which services the community by providing immediate response emergency health evaluations. According to Ms. Prince, the MCT has expressed a willingness to work with Mr. Blount with a view toward the administering of medication via injection for medication compliance and stabilization. Ms. Prince and this officer agreed to maintain open-lines of communication regarding the supervisee's whereabouts.

Blount, Antoine                              4                              63777 - JC

**VIOLATION CIRCUMSTANCES**

1. ON OR ABOUT JUNE 19, 2019, IN WASHINGTON, D.C., THE SUPERVISEE COMITTED A NEW STATE CRIME, UNLAWFUL ENTRY, IN VIOLATION OF DISTRICT OF COLUMBIA PENAL LAW CODE 22-3302, A MISDEMEANOR, IN THAT THE SUPERVISEE ATTEMPTED TO JUMP THE SECURITY FENCE AT THE WHITE HOUSE. MANDATED CONDITION, GRADE C VIOLATION.

2. ON OR ABOUT JUNE 19, 2019, THE SUPERVISEE TRAVELED OUTSIDE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICE, IN THAT THE SUPERVISEE TRAVELED TO WASHINGTON, D.C., WITHOUT SUCH PERMISSION. STANDARD CONDITION #1. GRADE C VIOALTION.

On June 19, 2019, the undersigned officer received a phone call Special Agent Skelly with the United States Secret Service, in Washington D.C., who informed that on June 19, 2019, at approximately 2:45 p.m., Mr. Blount was observed attempting to jump over a security fence in front of the White House. During his subsequent arrest by federal authorities, the supervisee stated, "my family normally jumps the fence this time of year." Special Agent Skelly further advised that Mr. Blount would be charged with Unlawful Entry, a misdemeanor. At the time of the arrest, the supervisee was not found in possession of a cell phone.

Mr. Blount traveled outside the judicial district without the permission of the Court or Probation Officer, and was found in Washington, D.C.

**COURT STATUS IN OTHER JURISDICTIONS**

According to Special Agent Williams with the United States Secret Service, Mr. Blount will remain detained until his next Court appearance, scheduled for June 25, 2019, in relation to his behavior reflected in specification 1 of this report.

Blount, Antoine                               5                            63777 - JC

## SENTENCING OPTIONS

CRIMINAL HISTORY CATEGORY: I

Chapter Seven of the Sentencing Guidelines sets forth policy statements regarding sentencing considerations in violation of supervised release matters. Case law requires the Court to consider these issues but, since they are policy statements, they are not binding.

According to Section 7B1.4, the possible ranges of imprisonment applicable upon a violation of supervised release are as follows:

| Specification | Grade of Violation | Statutory Imprisonment | Statutory Supervised Release | Guideline Provisions | Recommended Sentence |
|---|---|---|---|---|---|
| 1 & 2 | Grade C | Three Years | Five Years | Three to Nine Months | Time Served |

## STATUTORY PROVISONS

As the supervisee was originally convicted of a Class B felony, he may be required by statute {18 U.S.C. 3583 (e)(3)} to serve a period of incarceration of not more than three years. Since the offense yielding supervision occurred on April 26, 2012, after the Protect Act of April 30, 2003, the aggregate rule is negated.

Pursuant to 18 U.S.C. 3583(h), if a term of supervised release is revoked and a term of imprisonment is imposed, supervised release not to exceed five years can be reimposed as authorized under the original offense, 18 U.S.C. 2113 (a) and (d), less any term of imprisonment that was imposed upon revocation of supervised release.

Blount, Antoine                          6                          63777 - JC

**RECOMMENDATION**

The U.S. Probation Office respectfully requests that Your Honor issue a warrant, so Mr. Blount can be brought before the Court to answer to the specifications listed in this report.

Mr. Blount's apparent decompensation related to his failure to comply with medication management (failure to consistently take psychotropic medication as prescribed), suggests that he presents a risk to public safety and himself.

Should the Court deem treatment intervention appropriate, Mr. Blount's timely appearance before the Court will allow him to take accountability for his actions and afford him an opportunity to address his mental health condition as planned by the treatment team and the U.S. Probation Office, potentially allowing him to maintain his hard-earned residence.

Should the Court revoke Mr. Blount's current term of supervised release and re-impose a term of supervised release, the U.S. Probation Office respectfully request that the previously imposed special conditions remain in effect.

Respectfully submitted,

Jovanna Calderon
U.S. Probation Officer Specialist

Approved By:

Fred F. Pyne
Supervisory U.S. Probation Officer

DATE: June 21, 2019



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Supervisee: Antoine Blount                                                                    Docket Number: 12-CR-670 (RJS)

Sentencing Judge: Honorable Richard J. Sullivan, U.S. Circuit Judge

Date of Original Sentence: May 9, 2013

Original Offense: Armed Bank Robbery, 18 U.S.C. 2113(a) and (d), a Class B Felony

Original Sentence: Time Served, Five Year Term of Supervised Release

Revocation #1:   [January 25, 2016]: Time Served, Six Month Term of Supervised Release (Remain in Custody Until Placement in Residential Reentry Center is Secured)

Revocation #2:   [December 6, 2016]: Time Served (Plus Two Days), 42-Month Term of Supervised Release (Including Four Month Inpatient Stay)

Type of Supervision: Supervised Release           Date Supervision Commenced: October 7, 2016

PETITIONING THE COURT TO ISSUE A WARRANT

The supervisee has not complied with the following conditions of supervision:

**Nature of Noncompliance**

1. ON OR ABOUT JUNE 19, 2019, IN WASHINGTON D.C., THE SUPERVISEE COMITTED A NEW STATE CRIME, UNLAWFUL ENTRY, IN VIOLATION OF DISTRICT OF COLUMBIA PENAL LAW CODE 22-3302, A MISDEMEANOR, IN THAT THE SUPERVISEE ATTEMPTED TO JUMP THE SECURITY FENCE AT THE WHITE HOUSE. MANDATED CONDITION, GRADE C VIOLATION.

2. ON OR ABOUT JUNE 19, 2019, THE SUPERVISEE TRAVELED OUTSIDE THE JUDICIAL DISTRICT WITHOUT THE PERMISSION OF THE COURT OR PROBATION OFFICE, IN THAT THE SUPERVISED TRAVELED TO WASHINGTON, D.C., WITHOUT SUCH PERMISSION. STANDARD CONDITION #1. GRADE C VIOALTION.

Blount, Antoine           2           63777 - JC
                                                                 Docket No.: 12-CR-670 (RJS)



### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other: _____

_____

_____
Honorable Richard J. Sullivan
United States Circuit Judge

6/21/19
Date